**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiffs and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MINGXUE GUO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TYSON FOODS, INC., NOEL WHITE, DEAN BANKS, AND STEWART GLENDINNING,<br><br>Defendants. | CASE No.: **1:21-cv-00552-AMD-JRC**<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF CHEN PORAT AND KEAGAN MARCUS'S LEAD PLAINTIFF MOTION AND IN OPPOSITION TO DEFENDANTS' LETTERS**<br><br><u>**CLASS ACTION**</u> |

**PLEASE TAKE NOTICE** lead plaintiff movants Chen Porat ("Mr. Porat") and Keagan Marcus ("Mr. Marcus" and, collectively with Mr. Porat, "Movants") respectfully submit this supplemental authority relevant to the Lead Plaintiff motion before the Court.  The authority below was issued after briefing was closed on the Lead Plaintiff motion.

- *Yang v. Trust for Advised Protfolios,* **2022 WL 970772 (E.D.N.Y. March 31, 2022), attached as Exhibit 1.**

The court held it did not need to address defendants' arguments against the sole remaining lead plaintiff movant at the lead plaintiff stage because only members of the purported

1

class may rebut the most adequate plaintiff presumption, which defendants were not. *Yang*, 2022

WL 970772 at *4, n.3 (E.D.N.Y. March 31, 2022).

Dated: April 18, 2022                           Respectfully submitted,

                                                **THE ROSEN LAW FIRM, P.A.**

                                                /s/ Phillip Kim
                                                Phillip Kim, Esq. (PK 9384)
                                                Laurence M. Rosen, Esq. (LR 5733)
                                                275 Madison Avenue, 40th Floor
                                                New York, New York 10016
                                                Telephone: (212) 686-1060
                                                Fax: (212) 202-3827
                                                Email: pkim@rosenlegal.com
                                                Email: lrosen@rosenlegal.com

                                                *[Proposed] Lead Counsel for Lead Plaintiffs and Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 18, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Phillip Kim</u>