**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiffs and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MINGXUE GUO, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TYSON FOODS, INC., NOEL WHITE, DEAN BANKS, AND STEWART GLENDINNING, <br><br> Defendants. | CASE No.: 1:21-cv-00552-AMD-JRC <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF CHEN PORAT AND KEAGAN MARCUS'S LEAD PLAINTIFF MOTION AND APPEAL OF MAGISTRATE JUDGE DECISION** <br><br> **CLASS ACTION** |

**PLEASE TAKE NOTICE** lead plaintiff movants Chen Porat ("Mr. Porat") and Keagan

Marcus ("Mr. Marcus" and, collectively with Mr. Porat, "Movants") respectfully submit this

supplemental authority relevant to the Lead Plaintiff motion before the Court. The authority

below was issued after briefing was closed on the Lead Plaintiff motion and Appeal of

Magistrate Judge Decision.

- ***Olsson v. PDLT Inc., et al.,* 2:23-cv-00885-CJC-MAA, Dkt. No. 24 (C.D. Cal. April 26, 2023), attached as Exhibit 1.**

1

The court held that a lead plaintiff movant is "adequate if the person does not have conflicts of interest with the proposed class." *Olsson*, 2:23-cv-00885-CJC-MAA, Dkt. No. 24, at 4.

The court also held defendants did not have standing to object to the lead plaintiff movants because "the PSLRA provides that courts 'shall consider any motion *made by a purported class member*' in determining the adequacy of a proposed lead plaintiff," which defendants were not. *Olsson*, 2:23-cv-00885-CJC-MAA, Dkt. No. 24, at 5.

Furthermore, the court explained that courts routinely appoint lead plaintiffs with small losses and that the PSLRA's lead plaintiff provisions "do not erect a barrier that prevents any plaintiff with a small stake from representing a class." *Id.*

Dated: April 28, 2023                    Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         /s/ Phillip Kim
                                         Phillip Kim, Esq. (PK 9384)
                                         Laurence M. Rosen, Esq. (LR 5733)
                                         275 Madison Avenue, 40th Floor
                                         New York, New York 10016
                                         Telephone: (212) 686-1060
                                         Fax: (212) 202-3827
                                         Email: pkim@rosenlegal.com
                                         Email: lrosen@rosenlegal.com

                                         *[Proposed] Lead Counsel for Lead Plaintiffs
                                         and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim